disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [149 Misc. 66.]

In the Matter of an Inquiry by the ATTORNEY-GENERAL OF THE STATE OF NEW YORK, etc., in Regard to the Practices of GEORGE HENRIQUES & Co., INC., and Others, in the Issuance, Negotiation and Sale of Securities in and from the State of New York.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P.. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of an Inquiry by the ATTORNEY-GENERAL OF THE STATE OF NEW YORK, etc., in Regard to the Practices of GEORGE HENRIQUES & Co., INC., and Others, in the Issuance, Negotiation and Sale of Securities in and from the State of New York.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of an Inquiry by the ATTORNEY-GENERAL OF THE STATE OF NEW YORK, etc., in Regard to the Practices of GEORGE HENRIQUES & Co., INC., and Others, in the Issuance, Negotiation and Sale of Securities in and from the State of New York.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HARRY S. HART, INC., Respondent, v. CORE JOINT CONCRETE PIPE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LILLIAN MENDAL, Appellant, v. FREDERICK ADAM GIMBEL, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GEORGIAN DEVELOPMENT CORPORATION, Respondent, v. MURRAY M. ROSENBERG, INC., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HAROLD L. LEWIS and Another, as Executors of and Trustees, etc., of FLORIAN TOBIAS, Plaintiffs, v. NATALIE CANTATORE and Another, Defendants. NATALIE CANTATORE, Appellant; 322 WEST TWENTY-SIXTH STREET CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

STRAUS NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant, v. ALPAUL Co., INC., Respondent, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EDWIN L. BAHR, Respondent, v. THE KEASBEY & MATTISON COMPANY, Appellant.— Order modified as indicated in order, and as so modified affirmed, without costs. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LAWRENCE SCHWIMMER, Appellant, v. HENRY L. DOHERTY, Doing Business, etc., Respondent.— Order reversed, with twenty dollars costs and disbursements,